# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LILIANA ROBLES RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | Case No. 1:25-cv-02001-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 24, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On February 4, 2026, the assigned district judge granted a preliminary injunction, ordered Petitioner be immediately released, and referred the matter "to the assigned magistrate judge for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 17 at 15.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a further brief on the merits of the habeas petition; and

///

1

2. Within thirty (30) days of the date of service of Respondents' brief (or the expiration of the time for Respondents to file their brief), Petitioner may file a further brief.

IT IS SO ORDERED.

Dated: **February 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge